**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| WILLIAM RICHARD FRAZIER and<br>FRAZIER INSURANCE AGENCY, INC. | PLAINTIFFS |
| v.                        No. 4:10CV00168 JLH | |
| NATIONWIDE MUTUAL INSURANCE CO., *et al.* | DEFENDANTS |

## ORDER

Lyn P. Pruitt, local counsel for defendants, has filed a motion for admission *pro hac vice* on behalf of Natalie T. Furniss and Quintin F. Lindsmith. The motion is GRANTED. Document #27. Natalie T. Furniss and Quintin F. Lindsmith are hereby admitted to appear before this Court *pro hac vice* as co-counsel for the defendants in this action.

IT IS SO ORDERED this 10th day of August, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE