# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| WILLIAM RICHARD FRAZIER and<br>FRAZIER INSURANCE AGENCY, INC. | PLAINTIFFS |
| v.   No. 4:10CV00168 JLH | |
| NATIONWIDE MUTUAL INSURANCE<br>COMPANY, *et al*. | DEFENDANTS |

## ORDER

For the reasons stated on the record at the hearing on June 24, 2011, the motion for sanctions for spoliation of evidence and for default judgment on Count III by the defendants and the cross motions for partial summary judgment are DENIED. Documents #39, #41, and #45.

IT IS SO ORDERED this 27th day of June, 2011.

*[signature: J. Leon Holmes]*

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE