### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

WILLIAM RICHARD FRAZIER and    PLAINTIFFS
FRAZIER INSURANCE AGENCY, INC.

v.                      No. 4:10CV00168 JLH

NATIONWIDE MUTUAL INSURANCE
COMPANY, *et al.*                      DEFENDANTS

## ORDER

The plaintiffs' motion for withdrawal of motion in limine is GRANTED. Document #73.

The motion in limine is denied as moot. Document #71.

IT IS SO ORDERED this 30th day of June, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE