**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

WILLIAM RICHARD FRAZIER and                                                                PLAINTIFFS
FRAZIER INSURANCE AGENCY, INC.

v.                                            NO. 4:10CV00168 JLH

NATIONWIDE MUTUAL INSURANCE
COMPANY, *et al.*                                                                                      DEFENDANTS

## ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendants be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 9th day of August, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE